UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW PETER ONON,

        Petitioner,        Case No. 1:09-cv-815

v.        Honorable Gordon J. Quist

E. BALCARCEL,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered today:

**IT IS ORDERED** that Petitioner's motion to hold the petition in abeyance (docket #3) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:   September 30, 2009        /s/ Gordon J. Quist
                                                         Gordon J. Quist
                                                         United States District Judge