UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW PETER ONON,

        Petitioner,               Case No. 1:09-cv-815

v.                                        Honorable Gordon J. Quist

E. BALCARCEL,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered today:

Petitioner's petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:  September 30, 2009          /s/ Gordon J. Quist
                                                         Gordon J. Quist
                                                         United States District Judge